FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD. And ZION ROOTSWEAR, LLC,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>A.V.E.L.A., INC.; et al.,<br><br>        Defendants - Appellants,<br><br> And<br><br>JEM SPORTSWEAR,<br><br>        Defendant. | No. 12-17502<br><br>D.C. No. 2:08-cv-00105-PMP-GWF<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |
| FIFTY-SIX HOPE ROAD MUSIC, LTD. And ZION ROOTSWEAR, LLC,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>A.V.E.L.A., INC.; et al.,<br><br>        Defendants,<br><br> And | No. 12-17519<br><br>D.C. No. 2:08-cv-00105-PMP-GWF<br>District of Nevada,<br>Las Vegas |

SL/Mediation

| | |
|---|---|
| JEM SPORTSWEAR,<br><br>　　　　Defendant - Appellant. | |
| FIFTY-SIX HOPE ROAD MUSIC, LTD. And ZION ROOTSWEAR, LLC,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>A.V.E.L.A., INC.; et al.,<br><br>　　　　Defendants - Appellees. | No. 12-17595<br><br>D.C. No. 2:08-cv-00105-PMP-GWF<br>District of Nevada,<br>Las Vegas |

　　　The court has determined that these appeals will not be selected for inclusion in the Mediation Program.

　　　　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　　　　By: Stephen Liacouras
　　　　　　　　　　　　　　　　　　　Circuit Mediator


SL/Mediation