# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 2, 2015

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

       Re:  A.V.E.L.A., Inc., et al.
             v. Fifty-Six Hope Road Music, Ltd., et al.
             No. 15-264
             (Your No. 12-17502, 12-17519, 12-17595, 13-15407, 13-15473)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk